# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JACQUELINE GAINES,**

    **Plaintiff,**

  v.

**DENISE CROSS, et al.,**

    **Defendants.**

Case No. 1:24-cv-345

**JUDGE DOUGLAS R. COLE**

## ORDER

The Court, upon review of the record, notes that the above-styled case was erroneously filed in the Western Division of the Southern District of Ohio at Cincinnati.

The case is hereby **TRANSFERRED** from the docket of the Honorable Douglas R. Cole to the Office of the Clerk for reassignment to the Western Division of the Southern District of Ohio at Dayton.

    **SO ORDERED.**

June 26, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**