UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACQUELINE GAINES,

    Plaintiff,

vs.

DENISE CROSS, *et al.*,

    Defendants.

Case No. 3:24-cv-187

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) RECUSING THE UNDERSIGNED, MAGISTRATE JUDGE GENTRY AND ALL DAYTON JUDGES FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURTS FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE AND UNITED STATES MAGISTRATE JUDGE IN THE CINCINNATI OR COLUMBUS SEATS OF COURT**

---

The undersigned has recently acquired a conflict of interest in this case. Consequently, recusal is warranted. *See* 28 U.S.C. § 455(a). Additionally, the undersigned has been advised that Magistrate Judge Gentry (currently assigned to this case) intends to recuse along with all of the other United States District Judges and Magistrate Judges in the Dayton seat of court. Accordingly, the undersigned **RECUSES** himself and Judge Gentry from this case and **REFERS** the matter to the Clerk of Courts for random reassignment to another United States District Judge and United States Magistrate Judge in the Cincinnati or Columbus seats of Court.

    **IT IS SO ORDERED.**

  November 18, 2024                                          s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge